Opinion issued January 13, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00919-CV

———————————

IN RE Lubrication Systems Company of Texas, LLC, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By petition for writ of mandamus,
relator, Lubrication Systems Company of Texas, LLC, challenges the trial
court’s order disqualifying the law firm of Baker Botts L.L.P. from
representing relator in the underlying case.[1]  

          We deny the petition for writ of mandamus.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.

 











[1]
          The underlying case is Lubrication Systems of Texas, LLC v. T.F.
Hudgins, Incorporated, Randy Brown, and Weldon Mundy, No. 2010-20131 in the
164th District Court of Harris County, Texas, the Honorable Alexandra
Smoots-Hogan presiding.